

NUMBER 13-11-00318-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **MARGARITA ACEVES, ET AL.,** | **Appellants,** |
| **v.** | |
| **LEVI STRAUSS & CO., ET AL.,** | **Appellees.** |

## On appeal from the 93rd District Court
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justices Valdez and Justices Garza and Benavides
### Memorandum Opinion Per Curiam

Appellants, Margarita Aceves, et. al., filed an appeal from a judgment rendered against her in favor of appellees, Levi Strauss & Co., et. al. On October 7, 2011, the Clerk of this Court notified appellants that the clerk's record in the above cause was originally due on August 16, 2011, and that the deputy district clerk, Aida Villarreal, had notified this Court that appellants failed to make arrangements for payment of the clerk's

record. The Clerk of this Court notified appellants of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellants were advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellants have failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c). Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
5th day of January, 2012.

2